# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CONTRELL HENDERSON**                                                          **PLAINTIFF**

**V.**                    **CASE NO. 4:19-cv-00491 JM**

**TONEY BRASUELL,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE